**In re Ethan E. Trull and Michelle F. Trull**
**Case No. 11 B 36422**
**Final Disbursement Report**

| Class | Class Description | Treatment | Distribution |
|---|---|---|---|
|  | _Administrative Claims_ | Payment in full on Initial Distribution Date unless otherwise agreed; United States Trustee payments made in the ordinary course | Paid in Full |
|  | _Priority Claims_ | 105% paid _pro rata_ over 5 years beginning on the Intial Distribution Date | Exhibit 1 |
| 1A | _Secured Claims_ | Monthly payments are being made in the ordinary course. |  |
| 1B | _Secured Claims - Unsecured Portions_ | Allowed Claims will receive a distribution equal to the net value of the Debtors' disposable income over 5 years without interest in yearly installments in the 1st, 2nd and 3rd year of the Plan and then quarterly plus one yearly payment in the 4th and 5th year of the plan. | Exhibit 2 |
| 2 | _Unsecured Claims - General Unsecured Claims*_ | Allowed Claims will receive a distribution equal to the net value of the Debtors' disposable income over 5 years without interest in yearly installments in the 1st, 2nd and 3rd year of the Plan and then quarterly plus one yearly payment in the 4th and 5th year of the plan. | Exhibit 3 |
| 3 | _Unsecured Claims - Purchase of Equity_ | Allowed Claims will receive a distribution equal to the net value of the Debtors' disposable income over 5 years without interest in yearly installments in the 1st, 2nd and 3rd year of the Plan and then quarterly plus one yearly payment in the 4th and 5th year of the plan. | Exhibit 4 |
| 4 | _Unsecured Claims - Claims Based Upon Alleged Pre-Petition Fraudulent Transfers_ | Distribution is pending resolution of objections to sole claim filed in this class. | None - Sole Claim was Withdrawn |

{00132055.XLS /}