# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   11 B 36422 |
| ETHAN E. TRULL and | ) | Honorable Jacqueline P. Cox |
| MICHELE F. TRULL, | ) | |
| | ) | Motion Date: December 11, 2012 |
| Debtors. | ) | Motion Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

　　　PLEASE TAKE NOTICE THAT on December 11, 2012, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF AN ORDER OF DISCHARGE AND FINAL DECREE** shall be heard by the Honorable Judge Jacqueline P. Cox of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 680 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit

　　　　　　　　　　　　　　　　　　　　　　　GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

　　　I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of an Order of Discharge and Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on November 30, 2012.

　　　　　　　　　　　　　　　　　　　　　　　/s/*Beverly A. Berneman*
　　　　　　　　　　　　　　　　　　　　　　　　Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

## SERVICE LIST

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Via Regular Mail

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via Regular Mail

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Regular Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Regular Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)
Via Regular Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via Regular Mail

AT&T Universal Rewards Card
Customer Service
PO Box 6500
Sioux Falls, SD 57117
Via Regular Mail

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001
Via Regular Mail

Baxter Credit Union
c/o James E. Popjoy
Law Office of James E. Popjoy
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
Via Regular Mail

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019
Via Regular Mail

Charles Schwab - Retiremt Plan Svcs
4150 Kinross Lakes Parkway
PO Box 5050
Richfield, OH 44286
Via Regular Mail

BCU
Customer Service
P.O. Box 31112
Tampa, FL 33631-3112
Via Regular Mail

Discover
PO Box 6103
Carol Stream, IL 60197
Via Regular Mail

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025
Via Regular Mail

Illinois Department of Revenue
Springfield, IL 62736
Via Regular Mail

Levin Schreder & Carey
c/o Robin Drey Maher
120 N. LaSalle St., 38th Fl.
Chicago, IL 60602
Via Regular Mail

M&A Trust Co.
11270 West Park Place
Ste. 400
Milwaukee, WI 53224
Via Regular Mail

Ocwen Loan Servicing LLC
Attn: Customer Service Department
PO Box 24738
West Palm Beach, FL 33416
Via Regular Mail

PNC Bank
PO Box 94982
Cleveland, OH 44101
Via Regular Mail

Capital One
PO Box 30285
Salt Lake City, UT 84130
Via Regular Mail

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
Via Regular Mail

Discover
PO Box 30943
Salt Lake City, UT 84130
Via Regular Mail

FIA Card Services, N.A.
PO Box 15102
Wilmington, DE 19886-5102
Via Regular Mail

Lake County Collector
18 N. County St.
Ste. 102
Waukegan, IL 60085
Via Regular Mail

Litton Loan Servicing
PO Box 4387
Houston, TX 77210
Via Regular Mail

Navigant Consulting, Inc.
4511 Paysphere Circle
Chicago, IL 60674
Via Regular Mail

3

Ungaretti & Harris LLP
c/o Thomas M. Fahey, Managing Prtnr
70 W. Madison, Ste. 3500
Chicago, IL 60602
Via Regular Mail

PNC Bank
PO Box 856177
Louisville, KY 40285
Via Regular Mail

Jerry Jacks
Edward Jacks & Company, LLC
920 S. Waukegan Rd.
Lake Forest, IL 60045
Via Regular Mail

Marion Feinberg
7023 N. Tripp
Lincolnwood, IL 60712
Via Regular Mail

Marshall and Leila Taylor
9480 La Jolla Farms Road
La Jolla, CA 92037
Via Regular Mail

Leila Taylor, as Co-Executor of the
Estate of Erla Feinberg
c/o Robert H. Lang
Thompson Coburn LLP
55 E. Monroe St., 37th Fl.
Chicago, IL 60603
Via Regular Mail

Michael Feinberg
c/o Michael Durkin, Esq.
Pederson & Houpt
161 N. Clark St., Ste. 3100
Chicago, IL 60601
Via Regular Mail

Michael Feinberg
44 Park Lane, Apt. 336
Park Ridge, IL 60068
Via Regular Mail

Jon Taylor
c/o Trent Cornell
Stahl Cowen Crowley Addis LLC
55 W. Monroe St., Ste. 1200
Chicago, IL 60603
Via Regular Mail

BCU
340 N. Milwaukee Ave.
Vernon Hills, IL 60061
Via Regular Mail

Aimee Taylor-Severe
5993 Seacrestview Rd.
San Diego, CA 92121
Via Regular Mail

Jon Taylor
5526 Coral Reef Ave.
La Jolla, CA 92037
Via Regular Mail

Aron Feinberg
180 Riverside Drive
Deerfield, IL 60015
Via Regular Mail

Lisa Schroeder
2624 Ellentown Rd.
La Jolla, CA 92037
Via Regular Mail

Fifth Third Bank
Trustee for the Erla M. Feinberg Trust
c/o John D. Burke and Douglas A. Henning
Ice Miller LLP
200 W. Madison St., Ste. 3500
Chicago, IL 60602
Via Regular Mail

U.S. National Association, as Trustee for GSR
Mortgage Loan Trust 07-00002F, Mortgage
Pass- Through Certificates, Series 07-00002F
c/o James N. Pappas
Burke Costanza & Cuppy LLP
9191 Broadway
Merrillville, IN 46410
Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No.   11 B 36422** |
| **ETHAN E. TRULL and** | ) | **Honorable Jacqueline P. Cox** |
| **MICHELE F. TRULL,** | ) | |
| | ) | **Motion Date:  December 11, 2012** |
| **Debtors.** | ) | **Motion Time:  10:00 a.m.** |

**MOTION FOR ENTRY OF AN ORDER OF DISCHARGE
AND FINAL DECREE**

Debtors, ETHAN E. TRULL and MICHELE F. TRULL ("Debtors") by and through their attorneys, GOLAN & CHRISTIE LLP, move this Court for entry of an order of discharge and final decree and in support thereof states as follows:

1.    On September 6, 2011, (the "Petition Date"), Debtors filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code. Debtors are individuals who are married to each other.

2.    On January 17, 2012, this Court entered an order approving Debtors' Disclosure Statement and confirming their Chapter 11 Plan dated December 2, 2011 ("Confirmed Plan").

3.    Debtors disclosed in the Disclosure Statement unsecured creditors would receive 0.0% of their claims in a Chapter 7 liquidation.

4.    Debtors' Confirmed Plan provides for payment of between 28% and 48% pro *rata* over five years to the allowed claims of unsecured creditors. The distribution was based upon the Debtors' future wages and potential recovery in a contested probate estate.

5.    On March 13, 2012, Debtors' filed a Distribution Report, a copy of which is attached hereto as Exhibit 1. The first Distribution Report shows that payments were made to administrative

6

creditors, secured creditors and priority creditors. The Confirmed Plan provided that distributions to the remaining classes of unsecured creditors would not begin until the third quarter of 2012 when Ethan Trull was scheduled to receive a bonus from his employer.

6. Debtors continued to make regular monthly distributions to priority and secured creditors in the second and third quarter of 2012.

7. Ethan Trull received his bonus in the fourth quarter of 2012. Upon receipt of the bonus, Debtors made distributions to the unsecured creditors in addition to the regular monthly distributions to priority and secured creditors. As a result of this distribution, Debtors have paid 2 % on account of allowed claims to general unsecured creditors, all as is more fully set forth on Exhibit 2 attached hereto.

8. Pursuant to §1141(d)(5)(A) of the Bankruptcy Code, an individual Chapter 11 debtor does not receive a discharge of any debt provided for in the plan until the court grants a discharge on completion of all payments under the plan. However, pursuant to §1141(d)(5)(B) of the Bankruptcy Code, an individual Chapter 11 debtor may receive a discharge after notice and a hearing if (1) the value of the property distributed under the Plan is at least what the creditors would have received in a Chapter 7 liquidation case; and (2), modification of the plan under §1127 of the Bankruptcy Code is not practicable. Debtors provided for this treatment under paragraph 9.01 of the confirmed Plan. Debtors have distributed at least what general unsecured creditors would have received in a Chapter 7 liquidation.

9. Pursuant to §1141(d)(5)(B), Court may grant the discharge if after notice and a hearing held not more than 10 days before the date of the entry of the order, the Court finds there is no cause to believe that §522(q)(1) is applicable to the Debtor and that there is no pending

7

proceeding in which the Debtor may be found guilty of a felony in connection with §522(q)(1)(A) or liable for debt of the kind described in §522(q)(1)(B). Debtors have not sought an exemption under State or local law as described in §522(q)(1). Debtors have not been convicted of a felony as described in §522(q)(1)(A). Debtors do not owe a debt arising from any of the acts described in §522(q)(1)(B).

WHEREFORE, Debtors, ETHAN E. TRULL and MICHELE F. TRULL, request that this Court:

A. Enter an order granting Debtors a discharge from any debt that arose before confirmation of the Plan but not from any debt imposed by the Plan;

B. Enter a final decree order; and

C. Grant such other and further relief as this court may deem just and proper.

>ETHAN E. TRULL and MICHELE F. TRULL,
>
> By: /s/*Beverly A. Berneman*
> Beverly A. Berneman
> One of their attorneys

Robert R. Benjamin (ARDC # 00170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
70 W. Madison, Ste. 1500
Chicago, Illinois 60602
(312) 263-2300