IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   11 B 36422 |
| ETHAN E. TRULL and | ) | Honorable Jacqueline P. Cox |
| MICHELE F. TRULL, | ) | |
| | ) | |
| Debtors. | ) | |

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

THIS CAUSE COMING ON TO BE HEARD on motion of reorganized Debtors, ETHAN E. TRULL and MICHELE F. TRULL ("Debtors") for entry of an order of discharge and for final decree ("Motion"). Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtors' confirmed Plan of Reorganization (the "Plan") has been substantially consummated; (3) the United States Trustee having objected to Debtors' request for the entry of an order of discharge prior to completion of all payments under the Plan; and (4) other good and sufficient cause exists for granting an the entry of a final decree and an order closing the case:

IT IS HEREBY ORDERED that:

1. Debtors' motion for entry of a discharge is denied without prejudice;

2. Debtors' motion for final decree and to close this case is granted.

3. Pursuant to §350(a) of the Bankruptcy Code, the case of *In re Ethan E. Trull and Michele F. Trull,* 11-36422 (the "Bankruptcy Case") is closed effective upon entry of this Final Decree and Order.

4. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

{00145415.DOC / 2}

a. The Debtors shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

b. This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan;

c. The Debtor is required to pay all outstanding United States Trustee quarterly fees owed by the Debtors pursuant to 28 U.S.C. §1930 through and including the entry of this Final Decree and Order.

d. Pursuant to §1141(d)(5) of the Bankruptcy Code, the Debtors shall not receive a discharge of their debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to §1141(d)(5)(A) or (ii) prior to completion of all payment under the Plan if the Debtors meet the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtors will need to reopen the Bankruptcy Case pursuant to §350(b) of the Bankruptcy Code.

e. Debtors shall serve a copy of this Order on their known creditors within seven (7) days of the entry of this Order.

DATED: Dec. 11, 2012     ENTER:

_____
U.S. Bankruptcy Judge

GOLAN & CHRISTIE LLP
Attorneys for Debtors
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

{00145415.DOC / 2}